No. 504, Misc. FERRARIO *v.* SIGLER, WARDEN. Sup. Ct. Neb. Certiorari denied. Petitioner *pro se.* *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin Kent Kammerlohr,* Assistant Attorney General, for respondent.

No. 536, Misc. STALVEY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se.* *Earl Faircloth,* Attorney General of Florida, and. *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 679, Misc. PARKER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 724, Misc. BLOCKER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 727, Misc. BEUF *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Petitioner *pro se.* *David Diamond* for respondent.

No. 765, Misc. CURA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 818, Misc. TAPIA *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.